OLIVIER SCHREIBER & CHAO LLP
Monique Olivier (SBN 190385)
Christian Schreiber (SBN 245597)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
monique@osclegal.com
christian@osclegal.com

BERGER & MONTAGUE, P.C.
Hans Lodge (MN Bar 397012)
(*pro hac vice application forthcoming*)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 607-7794
hlodge@bm.net

Attorney for Plaintiff, Derek White

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WHITE, <br><br> Plaintiff, <br><br> v. <br><br> STERLING INFOSYSTEMS, INC., and ASAP DRUG SOLUTIONS, INC., <br><br> Defendants. | Case No. 3:19-cv-03501-JCS <br><br> **JOINT STIPULATION FOR VOLUNTARY DISMISSAL** <br><br> **Fed. R. Civ. Prod. 41(a)(1)(A)(ii)** <br><br> Hon. Joseph C. Spero |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Derek White and Defendants Sterling Infosystems, Inc. and ASAP Drug Solutions, Inc. hereby stipulate and agree that this matter shall be dismissed with prejudice, as a result of a settlement reached between the parties. By agreement of the parties, the Court shall retain jurisdiction to enforce the settlement agreement. Each party will bear its own costs and fees.

Respectfully submitted,

Dated: October 21, 2019

OLIVIER SCHREIBER & CHAO, LLP

BERGER & MONTAGUE, P.C.

By: */s/Christian Schreiber*
Christian Schreiber
*Attorneys for Plaintiff Derek White*

Dated: October 21, 2019

SEYFARTH SHAW LLP

By: */s/ Pamela Q. Devata*
Pamela Q. Devata
*Attorneys for Defendants Sterling Infosystems, Inc. and ASAP Drug Solutions, Inc.*

*Additional Counsel for Defendants*

Selyn Hong (admitted *pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
shong@seyfarth.com

Dated: 10/22/19

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that all parties have concurred in the filing of this Stipulation.

/s/Christian Schreiber